ACCEPTED
14-15-00100-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/4/2015 10:42:20 AM
CHRISTOPHER PRINE
CLERK

## NO. 14-15-00100-CV

## IN THE COURT OF APPEALS FOR THE FOURTEENTH DISTRICT OF TEXAS AT HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/4/2015 10:42:20 AM
CHRISTOPHER A. PRINE
Clerk

### GIBSON AYODELE OLUYITAN

*Appellant*

### v.

### JP MORGAN CHASE BANK, N.A.

*Appellee*

---

### NOTICE OF APPEARANCE ON BEHALF OF APPELLEE JPMORGAN CHASE BANK, N.A.

---

The following counsel hereby make their appearance as counsel of record for Appellee JPMorgan Chase Bank, N.A.:

Marcie L. Schout (Lead Counsel)
  Texas Bar No. 24027960
Wm. Lance Lewis
  Texas Bar No. 12314560
Lauren Godfrey
  Texas Bar No. 24063990
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile).

Respectfully submitted,

*/s/ Marcie L. Schout*
MARCIE L. SCHOUT
Texas Bar No. 24027960
WM. LANCE LEWIS
Texas Bar No. 12314560
LAUREN GODFREY
Texas Bar No. 24063990
**QUILLING, SELANDER, LOWNDS,
    WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
mschout@qslwm.com
llewis@qslwm.com
lgodfrey@qslwm.com

**ATTORNEYS FOR APPELLEE
JPMORGAN CHASE BANK, N.A.**


## CERTIFICATE OF SERVICE

This is to certify that on February 4, 2015, a true and correct copy of the foregoing pleading has been furnished to Appellant via first class mail and certified mail, return receipt requested, in accordance with the Texas Rules of Civil Procedure.

Gibson Ayodele Oluyitan
4914 Cambridge Street
Sugarland, Texas 77479

*/s/ Marcie L. Schout*
Marcie L. Schout